UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: John H. Thomas, Jr.
Sandra Hyche-Thomas

CHAPTER 13
CASE NO: 14-58107-WSD
JUDGE: Walter Shapero

Debtor(s)
_____/

### ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of BERMAN & BISHOP, PLLC , attorneys for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $2,700.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☐ The debtor shall remit _____% of all tax refunds to which debtor(s) is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☐ The debtor(s) Plan shall continue for no less than _____ months.

☒ The debtor(s) Plan payments shall be increased to $850.00  per month effective the 2nd____ day of ____March__, 2015.

☐ Creditors rights to object to the last filed Amended Plan are preserved until_____.

☒ Other: The Trustee reserves the right to object to any budget items if the Plan is ever Amended to less than 100% dividend to class 9 unsecured creditors.

Approved:

/s/ Tammy Terry

| | |
|---|---|
| TAMMY TERRY<br>Chapter 13 Standing Trustee<br>#2100, 535 Griswold Street<br>Detroit, MI 48226<br>(313) 967-9857 | /s/Jack Berman<br>Attorney for Debtor(s)<br>Jack Berman (P-10737)<br>23650 Woodward Avenue, Suite 201<br>Pleasant Ridge, MI 48069<br>(248) 548-6000<br>jackberman72@gmail.com |

**Signed on March 05, 2015**

                                              **/s/ Walter Shapero**
                                              **Walter Shapero**
                                              **United States Bankruptcy Judge**